IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRGIN ATLANTIC AIRWAYS LIMITED ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> DELTA AIRLINES, INC., ) <br> ) <br> Defendant/Counterclaim Plaintiff. ) | Civil Action No. 11-61-LPS-CJB |

## **ORDER**

At Wilmington, Delaware, this **1st day of February, 2013**.

WHEREAS, on January 7, 2013, the Court held a telephonic conference regarding two outstanding discovery disputes; and

WHEREAS, on February 1, 2013, Plaintiff filed an Unopposed Motion to Seal the January 7, 2013 Teleconference Transcript, in which Plaintiff states that "[c]ertain information disclosed during the teleconference is highly sensitive and not a matter of public record" and that there is "good cause for sealing of this information to protect Virgin Atlantic's highly confidential and sensitive information," (D.I. 167); and;

WHEREAS, a Court may redact and/or seal portions of such a transcript when there is good cause to believe that disclosure of that material would work a "clearly defined and serious injury" to a party, *see Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994) (internal quotation marks and citation omitted);

THEREFORE, it is HEREBY ORDERED that:

1. The entirety of the January 7, 2013 transcript shall be ordered sealed at this time.

2. Plaintiff shall file with the Court, by no later than **February 18, 2013**, proposed

redactions to only those portions of the transcript that contain the type of confidential information referenced above.

3.     Following receipt of Plaintiff's submission pursuant to this Order, the Court will review the submission, and make a determination as to what portions of the transcript shall remain redacted and/or sealed. It shall thereafter order the release of a public version of a redacted version of that transcript.

_____  
Christopher J. Burke  
UNITED STATES MAGISTRATE JUDGE